| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ANDREZA KOHL, | ) Case No.: 2:20-cv-04425-JAK-(ASx) |
|---|---|
| Plaintiff, | ) **ORDER RE STIPULATION FOR** |
| v. | ) **DISMISSAL WITH PREJUDICE OF** |
| | ) **ENTIRE CASE (DKT. 66)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; HYUNDAI CAPITAL AMERICA; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Based on a review of the Stipulation for Dismissal with Prejudice of Entire Case (the "Stipulation" (Dkt. 66)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATE: May 26, 2021          BY: _____
                                John A. Kronstadt
                                United States District Judge